# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Carlos Antonio Aguilar-Ibarra  *Principal*
    YOB: 2000  Mexico
Gilbert Ramirez  *Co-Principal*
    YOB: 1999  US

United States District Court
Southern District of Texas
FILED

AUG 21 2020

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

Case Number: M-20-1606-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 19, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Maricruz Mendez De Dios and Lorena Robles-Cervantes, citizens and nationals of Mexico, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport or conspire and agree together with other persons known or unknown to transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in Los Ebanos, Texas to the point of arrest in Los Ebanos, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I) FELONY**
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 19, 2020, at approximately 9:00am, the McAllen Border Patrol Station received information from a reliable concerned citizen who reported several individuals board a white four door Chevrolet truck with a sticker on the rear window, in Los Ebanos, Texas.

Border Patrol Agents responded to the area and after approximately fifteen minutes they located a vehicle matching that description. Border Patrol Agents followed the vehicle and observed several subjects in the back seat attempting to conceal themselves. Border Patrol Agents continued to follow the vehicle and noticed that the vehicle was traveling at a very slow speed. The vehicle came to a stop at a stop sign and seemed hesitant to continue. Border Patrol Agents then activated their emergency equipment and conducted a vehicle stop.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Complaint Authorized by AUSA A. Greenbaum

/S/Mickel Gonzalez
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

Mickel Gonzalez     Border Patrol Agent
Printed Name of Complainant

August 20, 2020  6:43pm
Date

at McAllen, Texas
City and State

Juan F. Alanis , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-20- 1606 -M

RE:   Carlos Antonio Aguilar-Ibarra
      Gilbert Ramirez

**CONTINUATION:**

Border Patrol Agents approached the vehicle and questioned the driver as to his citizenship. The driver, later identified as Carlos Antonio Aguilar-Ibarra, stated that he was a Mexican citizen illegally present in the United States. The passenger, later identified as Gilbert Ramirez Jr., was a United States citizen. Border Patrol Agents also discovered six subjects hiding in the back seat and all admitted to being illegally present in the United States.
All subjects were placed under arrest and transported to the McAllen, Texas Border Patrol Station to be processed accordingly.

**Principal Statement:**
Carlos Antonio Aguilar-Ibarra was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Aguilar stated that he was with his friend Gilbert Ramirez Jr. when he received a phone call from a person who lives is in Mexico. Aguilar stated that the person told him to pick up approximately three or four subjects at an address in Los Ebanos, Texas. Aguilar stated that he then drove to the address and he picked up about six individuals. Aguilar stated that he told everyone to get in the back of his car. Aguilar stated that he then drove off but was stopped by Border Patrol Agents shortly after. Aguilar stated that he was going to be paid $4,000 to pick up the subjects and drive them to McAllen, Texas. Aguilar stated that his friend Gilbert Ramirez Jr. knew about the smuggling attempt and that Aguilar was going to pay Ramirez Jr. $2,000.

**Co-Principal Statement:**
Gilberto Ramirez Jr., a United States citizen, understood his rights and agreed to provide a sworn statement without the presence of an attorney.

Gilberto Ramirez Jr. stated he was born in Weslaco, Texas. Ramirez claims his friend Carlos asked him to accompany him to Penitas. Once they were driving he found out they were going to pick up illegal aliens and Carlos offered to split the money he was getting with him. Ramirez did not know how much he was going to get. Ramirez stated they stopped at a gas station when Carlos received a phone call giving him instructions on where to go. Ramirez stated he was getting nervous because he saw Border Patrol in the area. Carlos told him not to worry. Ramirez claimed that when they got to the area he reached back and unlocked the back door for the illegal aliens to get into the Chevrolet Silverado they were in. He estimated about six people got in. Ramirez stated that after they noticed Border Patrol following them the driver pulled over and called his wife to tell her "they got me". He claimed the driver's name was Carlos Aguilar and was wearing green camouflage shorts, sandals and a red ball cap.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-20- 1606 -M

RE: **Carlos Antonio Aguilar-Ibarra**
**Gilbert Ramirez**

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Maricruz Mendez De Dios was read her Miranda Rights. Mendez De Dios understood and agreed to provide a sworn statement.

Mendez De Dios stated that her ex-husband made arrangements with an unknown subject to be smuggled into the United States. She also stated that her ex-husband paid $3000 to be taken to Atlanta, Georgia.

Mendez De Dios stated that she crossed the Rio Grande River and was taken to a brushy area and was advised to wait for a white vehicle that was going to pick them up. Mendez De Dios stated that approximately five minutes later a white in color truck pulled up to their location and they were instructed to get in the vehicle. Mendez De Dios claims to have entered the truck and laid on the floor behind the front passenger until Border Patrol pulled them over.

Mendez De Dios identified Carlos Antonio Aguilar-Ibarra, through an official photo lineup, as the driver of the white truck that picked them up.

Lorena Robles-Cervantes was read his Miranda Rights. Lorena understood and agreed to provide a sworn statement.

Robles stated that her friend's ex-husband made the arrangements for her to be smuggled into the United States. She paid $3000 to be taken to Atlanta, Georgia.

Robles stated that she crossed the Rio Grande River and was taken to a brushy area and was advised to wait for a white vehicle that was going to pick them up. Robles stated that approximately five minutes later a white in color truck pulled up to their location and they were instructed to get in the vehicle. Robles claims to have entered the truck and sat in the middle section of the back seat until Border Patrol pulled them over.

Robles identified Carlos Antonio Aguilar-Ibarra, through an official photo lineup, as the driver of the white truck that picked them up.